1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

10
11

STEPHEN FINLAY,

    Plaintiff,

v.

THE ROSEBUD GROUP REAL
ESTATE OPPORTUNITY FUND,
LLC; STEVEN A. SUGARMAN;
and THE CAPITAL CORPS, LLC

    Defendant.

Case No. 8:17-cv-01963-AG-DFM
[Hon. Andrew Guilford]

[PROPOSED] ORDER GRANTING
MOTION TO EXPUNGE LIS
PENDENS

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

[PROPOSED] ORDER GRANTING MOTION TO EXPUNGE LIS
PENDENS

1     Upon consideration of Defendant Rosebud Group Real Estate Opportunity
2     Fund, LLC's Motion to Expunge Lis Pendens, and the parties' positions and
3     arguments related:
4          **IT IS HEREBY ORDERED** that the lis pendens that Stephen Finlay
5     recorded against the property located 9 Broadway Avenue North, Rosebud Building
6     Condominium, on Lots 6, 7, and 8, Block 29, of Town of Red Lodge in City of Red
7     Lodge, Carbon County, Montana 59068, Property Number 10-0356-27-4-36-04-
8     0000 on November 14, 2017, in the county recorder's office of Carbon County,
9     Montana, instrument number 371899 is hereby **ORDERED EXPUNGED**. A copy
10    of the notice of lis pendens is attached as Exhibit 1.

11    DATED: OcT 24, 2018

12

13

14    _____
      HON. ANDREW GUILFORD
15    United States District Court Judge

16

17

18

19

20

21

22

23

24

25

26

27

28
                                         1
      **[PROPOSED] ORDER GRANTING MOTION TO EXPUNGE LIS
                         PENDENS**

# EXHIBIT 1

Case 8:17-cv-01963-AG-DFM    Document 62    Filed 10/24/18    Page 4 of 6    Page ID
#:547
Case 8:17-cv-01963-AG-DFM   Document 9   Filed 12/13/17   Page 1 of 3   Page ID #:27

RECORDING REQUESTED BY
AND WHEN RECORDED MAIL TO:

SCOTT D. JOHANNESSEN
LAW OFFICES OF SCOTT D. JOHANNESSEN
429 Church Street, Suite 2000
Nashville, Tennessee 37219
Phone:  877.363.9400
Fax:  877.363.9401
Email:  scott@sdjnet.com

SPACE ABOVE THIS LINE IS RESERVED FOR RECORDER'S USE

371699

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SOUTHERN DIVISION

| | |
|---|---|
| STEPHEN FINLAY, <br><br> Plaintiff, <br><br> v. <br><br> THE ROSEBUD GROUP REAL ESTATE OPPORTUNITY FUND, LLC, <br><br> Defendant. | Case No.  8:17-cv-01963 <br><br> **NOTICE OF CIVIL ACTION, EQUITABLE LIEN, CONSTRUCTIVE TRUST, AND OBJECTION TO TRANSFER, SALE, ENCUMBRANCE OR HYPOTHECATION OF REAL PROPERTY** |

**NOTICE IS HEREBY GIVEN** that a civil action has been commenced in the above-entitled Court on a complaint of Plaintiff Stephen Finlay against Defendant The Rosebud Group Real Estate Opportunity Fund, LLC (the "Civil Action"). The Civil Action concerns a single asset real estate entity owning real property located at 9 **Broadway Avenue North, Rosebud Building Condominium, on Lots 6, 7 and 8, Block 29, of Town of Red Lodge in the City of Red Lodge, Carbon County, Montana 59068, Property Number 10-0356-27-4-36-04-0000** (see Exhibit 1 attached hereto).

The nature of the equitable lien and constructive trust sought to be fixed in the above-referenced action is a judgment against Defendant for, among other things, fraud, deceit and an accounting with respect to the aforementioned property and ownership affected thereby. Damages sought to be assessed by the trier of fact in the above-referenced action include, among other things, compensatory and consequential damages of at least $75,000 plus punitive damages, attorney fees, costs and interest.

**IN WITNESS WHEREOF**, the undersigned has executed this instrument on November 7, 2017.

By _____

Scott D. Johannessen,
Attorney and Authorized Representative for
Plaintiff Stephen Finlay

State of Tennessee          )
County of Williamson   )

Personally appeared before me, the undersigned, a Notary Public in and for said State and County, Scott D. Johannesson, with whom I am personally acquainted (or proved to me on the basis of satisfactory evidence), and who acknowledged that he executed the within instrument for the purposes therein contained.

Sworn to and subscribed before me, this ____ day of November 2017.

_____
NOTARY PUBLIC

My Commission Expires: _____

## CERTIFICATE OF SERVICE

A true and correct copy of the foregoing document, entitled *Notice of Civil Action, Equitable Lien, Constructive Trust, and Objection to Transfer, Sale, Encumbrance or Hypothecation of Real Property*, was delivered to the following persons/entities by depositing it in the United States Mail in a sealed envelope with the postage thereon fully prepaid to the following:

The Rosebud Group Real Estate Opportunity Fund, LLC
c/o Ainslie Sugarman, Registered Agent
508 Ocampo Drive
Pacific Palisades, California 90272

The Rosebud Group, LLC
Manager of The Rosebud Group Real Estate Opportunity Fund, LLC
c/o Ainslie Sugarman, Registered Agent
508 Ocampo Drive
Pacific Palisades, California 90272

Executed on November _7_ 2017.

_____
Scott D. Johannessen

Case 8:17-cv-01963-AG-DFM    Document 62    Filed 10/24/18    Page 6 of 6   Page ID
#:549
Case 8:17-cv-01963-AG-DFM   Document 9-4   12/13/17   Page 3 of 3   Page ID #:29

Property Record Card | Property Assessment Division                                          11/2/17, 1:57 PM

Property Record Card

## ROSEBUD GRP REAL ESTATE OPPORTUNITY FUND                GO

### 10-0356-27-4-36-04-0000

| General Information | | |
|---|---|---|
| Property Number | 10-0356-27-4-36-04-0000 | |
| Assessment Code | 0001046300 | |
| County | Carbon | |
| Levy District | 10-0056 | |
| Neighborhood | 210.205.C | |
| Situs Address | 9 BROADWAY AVE N, RED LODGE, MT 59068 | |
| Legal Description | RED LODGE ORIGINAL TOWNSITE, S27, T07 S, R20 E, RLOP LTS 6-8 BLK 29 | |
| Owner Name | ROSEBUD GRP REAL ESTATE OPPORTUNITY FUND | |
| Property Last Updated | 10/11/2017 | |

| Value History | | |
|---|---|---|
| Year | Market Value | Taxable Value |
| 2013 | $819,200 | $15,525 |
| 2014 | $844,073 | $16,367 |
| 2015 | $845,400 | $15,978 |
| 2016 | $845,400 | $15,978 |
| 2017 | $954,600 | $18,042 |

https://svc.mt.gov/dor/property/prc#/property/43595                                          Page 1 of 2

Exhibit 1:001